IN THE DISTRICT OF THE UNITED STATES
FOR THE DISTRICT FOR RHODE ISLAND

CA 05- 358 T

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | C.R. NO.: 04-00121-001 |
| | : | |
| RICARDO MATOS | : | |
| AKA MIGUEL ALBERTO ASMAR DIAZ | : | |

**MOTION TO RESENTENCE**

Now comes the Defendant, by and through counsel, and respectfully requests that His Honor, Chief Justice Earnest C. Torres, resentence him with respect to the above captioned matter.

On Friday, June 10, 2005, the Defendant received a sentence of 63 months to serve regarding the above matter. This sentence was given to the Defendant based on Court's correct determination that the Defendant was not "safety valve" eligible. The Court's determination was based on the fact that the Defendant had received a 6 month jail sentence imposed on P2-2003-0959A. On Thursday, June 17, 2005 Providence Superior Court Justice Mark Pfeiffer, converted Defendant's sentence from a 10 year sentence with 6 months to serve to a straight 10 year suspended sentence. (Please see exhibit 1)

Defendant avers that the change of sentence imposed on P2-2003-0959A now places him in a Criminal History Category of 1. Section 2D 1.1(b) (7) of the Sentencing Guidelines instructs that if the Defendant meets the criteria as set forth in subdivisions (1)-(5) of Section 5C 1.2 of the Sentencing Guidelines (Limitations on Applicability of Statutory Minimum Sentences in Certain Cases), the offense level is decreased by 2 levels. As was initially recommended in the instant matter, the Defendant represents that

he meets this criteria. The Defendant respectfully represents that his sentence should now be based on a total offense level of 23 and a Criminal History Category of 1, thereby making the guideline range 46 to 57 months which is found in Zone D of the Sentencing Table.

Respectfully Submitted,
By His Attorney

Joseph J. Voccola, Esq., # 4132
454 Broadway
Providence, RI 02909
Phone: (401)751-3900
Fax: (401)751-8983

## CERTIFICATION

I hereby certify that a true copy of the within was hand-delivered to the U.S. District Court, Office of the Clerk, One Exchange Terrace Providence, RI 02903 and to the Assistant U.S. Attorney , Stephen Dambruch, 50 Fleet Center 8th Floor, Providence, RI 02903 on this 29 day of June, 2005.

2. Defendant is sentenced to 10 years suspended sentence, 10 years probation.

ENTER:

Mr. Justice Pfeiffer

6-27-05

PER ORDER:

Clerk

True Copy Attest:

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

FILED
S. KINCH JR., CLERK
2005 JUN 27 P 2:34

CERTIFICATION

I hereby certify that a copy of the within was hand-delivered to Providence Superior Court, Office of the Clerk, 250 Benefit Street Providence, RI 02903 and Pamela Chin, Special Assistant Attorney General, 150 South Main Street Providence, RI 02903 on this 17 day of June, 2005.

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island