UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

Plaintiff,

v. C.R. No. 04-121T

RICARDO MATOS
A/K/A REINALDO VILLALOBOS-LOPEZ,
MIGUEL ALBERTO ASMAR DIAZ, AND
RICARDO RIOS

Defendant.

ORDER

Since the defendant's Motion to Resentence is inappropriate (see Fed R. Crim. P. 35), the motion is treated as a Motion for Reduction of Sentence pursuant to 28 U.S.C.§ 2255 and the government is directed to file a response no later than 20 days from the date of this Order.

IT IS SO ORDERED,

Ernest C. Torres, Chief Judge
Date: August 16, 2005

SCANNED

23