**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RICARDO MATOS,
A/K/A REINALDO VILLALOBOS-LOPEZ,
MIGUEL ALBERTO ASMAR DIAZ, and
RICARDO RIOS,
PETITIONER,

v. C.A. No. 05-358T

UNITED STATES OF AMERICA,
RESPONDENT.

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Pursuant to the May 15th, 2007 Memorandum and Order of this Court, judgment hereby enters as follows: Petitioner Ricardo Matos's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. §2255 is hereby DENIED and judgment shall enter in favor of the Respondent the United States against the petitioner Ricardo Matos.

Enter:

Deputy Clerk

Dated: May 16th, 2007